# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# WESTERN DIVISION

| | | |
|---|---|---|
| **JOSOLYN NELSON and DEBORAH NELSON, on behalf of themselves and a class of similarly situated persons,** | ) ) ) ) | Civil No.: 1:20-cv-00133 |
| **Plaintiffs,** | ) ) | |
| v. | ) ) | |
| **EQUINOR ENERGY LP** | ) ) | |
| **Defendant.** | ) | |

## STIPULATION TO DISMISS WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Josolyn Nelson and Deborah Nelson, on behalf of themselves and a class of similarly situated persons, and Defendant Equinor Energy LP, stipulate and agree, and hereby respectfully seek a dismissal without prejudice of all claims asserted in this action wherein all parties shall bear their own costs and fees.

Dated: July 14, 2021

Respectfully submitted,

*/s/ Joshua A. Swanson*
Joshua A. Swanson (ND ID #06788)
R.J. Pathroff (ND ID #07759)
jswanson@vogellaw.com
rpathroff@vogellaw.com
VOGEL LAW FIRM
218 NP Avenue
Fargo, North Dakota 58102
Phone: (701) 237-6983

and

*/s/ George A. Barton*
George A. Barton (MO. ID #26249)
Stacy A. Burrows (CO ID #49199)
george@bartonburrows.com
stacy@bartonburrows.com
BARTON AND BURROWS, LLC
5201 Johnson DR., Suite 110
Mission, Kansas 66205
Phone: (913) 563-6250

**ATTORNEYS FOR PLAINTIFFS AND THE PROPOSED CLASS**

*/s/ Nicolle R. Snyder Bagnell*
Nicolle R. Snyder Bagnell
nbagnell@reedsmith.com
Reed Smith
225 Fifth Avenue
Pittsburgh, PA 15222
Phone: 412-288-7112

and

*/s/ Nicole S. Soussan Caplan*
Nicole S. Soussan Caplan, admitted phv
ReedSmith LLP
811 Main Street, Suite 1700
Houston, TX 77002
Telephone: 713.469.3886
NSoussan@ReedSmith.com

2

and

*/s/ Lawrence Bender*_____
Lawrence Bender, ND Bar #03908
Christina A. Huckfeldt, ND Bar #08956
Fredrikson & Byron, P.A.
1133 College Drive, Suite 1000
Bismarck, ND 58501-1215
Telephone: 701.221.8700
lbender@fredlaw.com
chuckfeldt@fredlaw.com

**ATTORNEYS FOR DEFENDANT EQUINOR ENERGY LP**

3