IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Josolyn Nelson and Deborah Nelson, on behalf of themselves and a class of similarly situated persons,<br><br>         Plaintiffs,<br><br>vs.<br><br>Equinor Energy LP,<br><br>         Defendant. | Case No. 1:20-cv-00133 |

**ORDER ADOPTING STIPULATION TO DISMISS WITHOUT PREJUDICE**

[¶1] THIS MATTER comes before the Court on a Stipulation for Dismissal without Prejudice filed by the Parties on July 14, 2021. Doc. No. 43. The Parties stipulate to dismiss all claims without prejudice. Id. The parties further stipulate to bear their own costs and fees. Id.

[¶2] Upon consideration, the Court **ADOPTS** the Stipulation in its entirety. It is therefore **ORDERED** that all claims against the Defendant are **DISMISSED without prejudice** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The Parties shall bear their own costs and fees.

[¶3] **IT IS SO ORDERED**.

DATED July 15, 2021.

                         /s/ Daniel M. Traynor
                         Daniel M. Traynor, District Judge
                         United States District Court